# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABNER LISTER,<br><br>              Plaintiff,<br><br>    v.<br><br>D. THOMPSON, et al.,<br><br>              Defendants.<br>                                   / | CASE NO. 1:06-cv-01748-OWW DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO STATE A CLAIM<br><br>**This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).** |

    Plaintiff Abner Lister ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 27, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

---

[1] The United States Postal Service returned the Findings and Recommendations on July 10, 2008 as undeliverable. A notation on the envelope indicates "Return to Sender - Attempted - Not Known Unable to Forward". However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 27, 2008, is adopted in full; and
2. This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983 for denial of access to the courts. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated: __August 14, 2008__  　　　　　　　　_____/s/ Oliver W. Wanger_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE